■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELISEO DELEON, Appellant. [692 NYS2d 94] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered March 13, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly refused to admit into evidence a videotaped statement of the defendant, made after he had ample opportunity to reflect (*see, People v Dalton,* 88 NY2d 561; *People v Williams,* 203 AD2d 498, 499). The videotaped statement was irrelevant unless offered for its truth and therefore constituted inadmissible hearsay (*see, People v Rey-*

*noso,* 73 NY2d 816). Ritter, J. P., Joy, Goldstein and Schmidt, JJ., concur.